UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:

RONALD BEVERLY, an
individual,

      Plaintiff,

v.

SUNBELT RENTALS, INC., a
foreign profit corporation

      Defendant.

_____/

### <u>NOTICE OF REMOVAL</u>

COMES NOW Defendant, SUNBELT RENTALS, INC. ("SUNBELT"), by and through its undersigned counsel and in accordance with the provisions of 28 U.S.C. §§ 1332, 1441 and 1446, and hereby removes this action to the United States District Court for the Middle District of Florida, Jacksonville Division. The grounds for removal are as follows:

1.    On December 9, 2021, Plaintiff instituted a civil action based on alleged negligence against SUNBELT in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida. (Case No.: 2021-CA-006452)

2.    SUNBELT was served with the initial pleading in this action on December 22, 2021.

1

3.    Attached hereto as Composite Exhibit "A" are copies of all process, pleadings, and other papers or exhibits on file in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida.

4.    Complete diversity exists between the parties. As alleged in his Complaint, Plaintiff, RONALD BEVERLY, resides in Duval County, Florida, and, thus, is a citizen of the State of Florida. SUNBELT is a North Carolina corporation with its principal place of business in South Carolina. (*See* Composite Exhibit "B").

5.    The amount in controversy exceeds $75,000.00, exclusive of costs and interest, for the reason listed below:

      a. Plaintiff, RONALD BEVERLY, alleges in his Complaint that as the result of the negligence of SUNBELT's employee "Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of the ability to earn money; and

      b. Plaintiff further alleges in his Complaint that his "losses are permanent and continuing in nature" and that he "will suffer the losses in the future."

*See* Plaintiff's Complaint at page 2.

c.    Defendant, SUNBELT RENTALS, INC., respectfully submits that this case is immediately removable pursuant to 28 U.S.C. § 1446(b) for the reasons listed above.

d.    This Notice of Removal has been served upon the Plaintiff and a copy of the Notice of Removal has been filed with the Clerk of the Court for the Ninth

Judicial Circuit in and for Orange County, Florida. (A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "C").

e.      The undersigned counsel has been specifically authorized to act on behalf of Defendant, SUNBELT RENTALS, INC., seeking removal of this cause to the United States District Court, Middle District of Florida, Jacksonville Division. Further, the undersigned counsel of record is a fully licensed attorney in the State of Florida and is authorized to practice in the United States District Court for the Middle District of Florida.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF System on this 6th day of January, 2022 and on said date was furnished by electronic mail delivery to: Jeffrey S. Nooney, Esquire, 1680 Emerson Street, Jacksonville, Florida 32207; jnooney@nrhnlaw.com, pleadings@nrhnlaw.com.

DENNIS R. O'CONNOR, ESQUIRE
Florida Bar Number:  376574s
DOConnor@oconlaw.com
O'CONNOR & O'CONNOR, LLC
800 North Magnolia Avenue, Ste 1350
Orlando, FL 32803
(407) 843-2100
(407) 843-2061 Facsimile
*Attorneys for Defendant Sunbelt Rentals, Inc.*

COMPOSITE EXHIBIT "A"

**Case 16-2021-CA-006452-XXXX-MA**

| Department | Circuit Civil | Division | CV-A |
|---|---|---|---|
| Case Status | OPEN | File Date | 12/9/2021 8:00:11 AM |
| Judge Name | WALLACE, III, WADDELL A. | Officer | |
| Private Attorney | Nooney, Jeffery Scott Jr | | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| RONALD BEVERLY | PLAINTIFF<br>/ | 1680 EMERSON ST<br>JACKSONVILLE, FL32207 |
| SUNBELT RENTALS, INC | DEFENDANT<br>/ B | 2015 DIRECTORS ROW<br>ORLANDO, FL32809 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Nooney, Jeffery Scott Jr<br>Private Attorney (1011565) | 1680 Emerson St<br>Jacksonville, FL32207-6104 | RONALD BEVERLY (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 12/09/2021 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 12/09/2021 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line /<br>Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1<br>D5 | -- | 12/8/2021<br>12/9/2021 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 4045641 | 1 | Available<br>Public access |
| 2 | -- | 12/9/2021<br>12/9/2021 | DEMAND FOR JURY TRIAL | | |
| 3 | -- | 12/9/2021<br>12/9/2021 | OTHER NEGLIGENCE - OTHER | | |
| 4<br>D2 | -- | 12/9/2021<br>12/9/2021 | COVER SHEET | 3 | Available<br>VOR, Ready to view |
| 5<br>D3 | -- | 12/9/2021<br>12/9/2021 | COMPLAINT | 3 | Available<br>VOR, Ready to view |
| 6<br>D4 | -- | 12/9/2021<br>12/9/2021 | SUMMONS ISSUED TO SUNBELT RENTALS INC | 2 | Available<br>VOR, Ready to view |



**JODY PHILLIPS**

**RECEIPT**

4045641

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
12/09/2021 09:53
Page 1 of 1

| Receipt Number: 4045641 - Date 12/09/2021  Time 9:53AM | | | |
|---|---|---|---|
| **Received of:** | Jeffery Scott Nooney Jr<br>1680 Emerson Street<br>Jacksonville, FL 32207 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 411.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 411.00 |
| **Receipt ID:** | 7381189 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-A(Circuit Court) | | |

| Case# 16-2021-CA-006452-XXXX-MA -- PLAINTIFF: BEVERLY, RONALD | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments | | |
|---|---|---|
| Type | Ref# | Amount |
| EFILING | 2266277 | 411.00 |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

Filing # 140006892 E-Filed 12/09/2021 08:00:11 AM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FOURTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>RONALD BEVERLY</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>SUNBELT RENTALS, INC</u>
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☒ over $100,000.00

### III.   TYPE OF CASE     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
      ☐ Residential Evictions
      ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>1</u>

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
      ☐ yes
      ☒ no

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
      ☒ no
      ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
      ☒ yes
      ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Jeffery Scott Nooney Jr</u>        Fla. Bar # <u>1011565</u>
      Attorney or party                (Bar # if attorney)

<u>Jeffery Scott Nooney Jr</u>                  <u>12/09/2021</u>
  (type or print name)                  Date

Filing # 140006892 E-Filed 12/09/2021 08:00:11 AM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

**RONALD BEVERLY,**
**an individual,**

CASE NO.:
DIVISION:

         **Plaintiff,**

**vs.**

**SUNBELT RENTALS, INC.,**
**a Foreign Profit Corporation,**

         **Defendant.**

_____/

## COMPLAINT

Plaintiff, RONALD BEVERLY ("Plaintiff"), sues the Defendant, SUNBELT RENTALS,

INC.,("Defendant"), and alleges:

1.      This is an action for damages in excess of $30,000.00, exclusive of costs.

2.      At all times material, Plaintiff resided in Jacksonville, Duval County, Florida.

3.      On or about June 9, 2020, Defendant owned and/or operated an equipment rental business

located at 14925 N Main St, Jacksonville, FL 32218.

4.      On or about June 9, 2020, Plaintiff drove to Defendant's business to return a piece of

heavy equipment.

5.      At that time and place, Defendant's employee instructed Plaintiff to assist them in

unloading the piece of equipment from Plaintiff's vehicle, without using any specialized

tools/machinery.

6.      At that time and place, Defendant's employee was acting in the course and scope of their

employment with Defendant and was acting at least in part to serve the interest of

Defendant.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 12/09/2021 09:53:20 AM

7.     Defendant's employee was unable to safely control the unloading of the heavy equipment, causing the equipment to suddenly and forcefully severe Plaintiff's right ring finger.

8.     At all times material, Defendant and its employees owed Plaintiff, and all others similarly situated, a duty to carry out their work in a reasonably prudent manner.

9.     By attempting to maneuver the piece of heavy equipment in this manner, Defendant's employee breached their duty of care.

10.     At all times material, Sunbelt Rentals, Inc was vicariously liable for the negligence of its employees acting within the scope of their employment relationship.

10.     As a result of the aforementioned employee's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, RONALD BEVERLY, demands judgment for damages against Defendant, SUNBELT RENTALS, INC., and demands a jury trial.

Dated this 9th day of December 2021.

**THE LAW OFFICE OF NOONEY, ROBERTS, HEWETT & NOWICKI**

*/s/ Jeffery S. Nooney*

**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992
(904) 858-9943 facsimile
JNooney@nrhnlaw.com

**DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE 2.516**

Pursuant to Fla.R.Civ.P.2.516 (effective September 1, 2012), Jeffery S. Nooney, attorney for Plaintiff, designates the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

Primary email address:        JNooney@nrhnlaw.com

Secondary email addresses:   khowse@nrhnlaw.com
pleadings@nrhnlaw.com

**THE LAW OFFICE OF NOONEY, ROBERTS, HEWETT & NOWICKI**

*/s/ Jeffery S. Nooney*
_____

**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992
(904) 858-9943 facsimile
JNooney@nrhnlaw.com

16-2021-CA-006452-XXXX-MA Div: CV-A

Filing # 140006892 E-Filed 12/09/2021 08:00:11 AM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

RONALD BEVERLY,
an individual,

CASE NO.:
DIVISION:

       Plaintiff,

vs.

SUNBELT RENTALS, INC.,
a Foreign Profit Corporation,

       Defendant.

_____/

**SUMMONS**
**PERSONAL SERVICE**
**IMPORTANT**

TO:

**SUNBELT RENTALS, INC**
c/o CHIPP, DANNY, as RA
2015 DIRECTORS ROW
ORLANDO, FL 32809

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. IF you do not know an attorney, you may call the attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**LAW OFFICE OF NOONEY & ROBERTS**
Jeffery S. Nooney, Esq.
Florida Bar No. 1011565
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992 Fax: (904) 858-9943

**THE STATE OF FLORIDA:**
TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint or petition in this action on the Defendant:

DATED ON_____Dec 09 2021_____

Jody Phillips
CLERK OF THE CIRCUIT COURT

By_____
Deputy Clerk

(See Attached for Spanish and French Versions)

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 12/09/2021 09:53:20 AM

## IMPORTANTE

Usted ha sido demandado legalmenta.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea gue el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen ostros requisitos legales.  Si lo desea, puede usted concultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que apercen en la quia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jurs consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribuanl.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties monnees ici, si vous souhaitez que le Tribunal entends votre cause.  Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause anisi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediate d'un avocat.  Si vous ne connaissez pas d'avocat, vpis [pirroez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

COMPOSITE EXHIBIT "B"



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name

# Detail by Entity Name

Foreign Profit Corporation

SUNBELT RENTALS, INC.

**Filing Information**

**Document Number**      F00000004160

**FEI/EIN Number**        58-0415192

**Date Filed**            07/24/2000

**State**                 NC

**Status**                ACTIVE

**Principal Address**

2341 DEERFIELD DRIVE
FORT MILL, SC 29715

Changed: 04/03/2007

**Mailing Address**

2341 DEERFIELD DRIVE
FORT MILL, SC 29715

Changed: 04/06/2015

**Registered Agent Name & Address**

CHIPP, DANNY
C/O SUNBELT RENTALS, INC.
2015 DIRECTORS ROW
ORLANDO, FL 32809

Name Changed: 03/20/2012

Address Changed: 04/06/2015

**Officer/Director Detail**

**Name & Address**

Title President

HORGAN, BRENDAN
2341 DEERFIELD DRIVE
FORT MILL, SC 29715

Title Senior Vice President - Finance and Treasurer

SCHOENBERGER, JOHN
2341 DEERFIELD DRIVE
FORT MILL, SC 29715

Title Executive Vice President

Kenkel, Kurt J
2341 Deerfield Dr
Fort Mill, SC 29715

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2019 | 04/25/2019 |
| 2020 | 04/30/2020 |
| 2021 | 05/14/2021 |

**Document Images**

| | |
|---|---|
| 05/14/2021 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/05/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2014 -- ANNUAL REPORT | View image in PDF format |
| 09/11/2013 -- Reg. Agent Change | View image in PDF format |
| 04/02/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2012 -- Reg. Agent Change | View image in PDF format |
| 04/13/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2010 -- ANNUAL REPORT | View image in PDF format |
| 11/04/2009 -- Reg. Agent Change | View image in PDF format |
| 04/13/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2003 -- ANNUAL REPORT | View image in PDF format |
| 03/06/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/26/2001 -- ANNUAL REPORT | View image in PDF format |
| 07/25/2000 -- Foreign Profit | View image in PDF format |

## 2021  FOREIGN PROFIT CORPORATION ANNUAL REPORT

**FILED**
**May 14, 2021**
**Secretary of State**
**1706703641CC**

DOCUMENT# F00000004160

**Entity Name:** SUNBELT RENTALS, INC.

**Current Principal  Place of Business:**

2341 DEERFIELD DRIVE
FORT MILL, SC  29715

**Current Mailing Address:**

2341 DEERFIELD DRIVE
FORT MILL, SC  29715  US

**FEI Number:** 58-0415192                                    **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

CHIPP, DANNY
C/O SUNBELT RENTALS, INC.
2015 DIRECTORS ROW
ORLANDO, FL  32809  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

          Electronic Signature of Registered Agent                                                    Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | SENIOR VICE PRESIDENT - FINANCE AND TREASURER |
| Name | HORGAN, BRENDAN | Name | SCHOENBERGER, JOHN |
| Address | 2341 DEERFIELD DRIVE | Address | 2341 DEERFIELD DRIVE |
| City-State-Zip: | FORT MILL  SC  29715 | City-State-Zip: | FORT MILL  SC  29715 |
| | | | |
| Title | EXECUTIVE VICE PRESIDENT | | |
| Name | KENKEL, KURT J | | |
| Address | 2341 DEERFIELD DR | | |
| City-State-Zip: | FORT MILL  SC  29715 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KURT J KENKEL                              EXECUTIVE VICE         05/14/2021
                                                                      PRESIDENT

          Electronic Signature of Signing Officer/Director Detail                                      Date

EXHIBIT "C"

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

RONALD BEVERLY,
Individually,

     Plaintiff,

v.                              CASE NO: 2021-CA-006452

SUNBELT RENTALS, INC., a
Foreign Profit Corporation,

     Defendant.

_____/

## **NOTICE OF FILING NOTICE OF REMOVAL**

     COMES NOW Defendant, SUNBELT RENTALS, INC., by and through its undersigned counsel, and hereby gives notice of filing a Notice of Removal in the U.S. District Court for the Middle District of Florida, Jacksonville Division, a copy of said notice being attached hereto as Exhibit "A."

[CERTIFICATE OF SERVICE APPEARS ON THE FOLLOWING PAGE]

1

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court via the Florida Courts E-Filing Portal on this 6th day of January, 2022 and on said date was furnished by electronic mail delivery to: Jeffrey S. Nooney, Esquire, 1680 Emerson Street, Jacksonville, Florida 32207; jnooney@nrhnlaw.com, pleadings@nrhnlaw.com.

DENNIS R. O'CONNOR, ESQUIRE
Florida Bar Number: 376574s
DOConnor@oconlaw.com
O'CONNOR & O'CONNOR, LLC
800 North Magnolia Avenue, Ste 1350
Orlando, FL 32803
(407) 843-2100
(407) 843-2061 Facsimile
*Attorneys for Defendant Sunbelt Rentals, Inc.*