16-2021-CA-006452-XXXX-MA Div: CV-A

Filing # 140006892 E-Filed 12/09/2021 08:00:11 AM

|  | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA |

**RONALD BEVERLY,**
**an individual,**

CASE NO.:
DIVISION:

        **Plaintiff,**

vs.

**SUNBELT RENTALS, INC.,**
**a Foreign Profit Corporation,**

        **Defendant.**
_____/

## COMPLAINT

Plaintiff, RONALD BEVERLY ("Plaintiff"), sues the Defendant, SUNBELT RENTALS, INC.,("Defendant"), and alleges:

1. This is an action for damages in excess of $30,000.00, exclusive of costs.

2. At all times material, Plaintiff resided in Jacksonville, Duval County, Florida.

3. On or about June 9, 2020, Defendant owned and/or operated an equipment rental business located at 14925 N Main St, Jacksonville, FL 32218.

4. On or about June 9, 2020, Plaintiff drove to Defendant's business to return a piece of heavy equipment.

5. At that time and place, Defendant's employee instructed Plaintiff to assist them in unloading the piece of equipment from Plaintiff's vehicle, without using any specialized tools/machinery.

6. At that time and place, Defendant's employee was acting in the course and scope of their employment with Defendant and was acting at least in part to serve the interest of Defendant.

7. Defendant's employee was unable to safely control the unloading of the heavy equipment, causing the equipment to suddenly and forcefully severe Plaintiff's right ring finger.

8. At all times material, Defendant and its employees owed Plaintiff, and all others similarly situated, a duty to carry out their work in a reasonably prudent manner.

9. By attempting to maneuver the piece of heavy equipment in this manner, Defendant's employee breached their duty of care.

10. At all times material, Sunbelt Rentals, Inc was vicariously liable for the negligence of its employees acting within the scope of their employment relationship.

10. As a result of the aforementioned employee's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, RONALD BEVERLY, demands judgment for damages against Defendant, SUNBELT RENTALS, INC., and demands a jury trial.

Dated this 9th day of December 2021.

**THE LAW OFFICE OF NOONEY, ROBERTS, HEWETT & NOWICKI**

/s/ *Jeffery S. Nooney*

**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992
(904) 858-9943 facsimile
JNooney@nrhnlaw.com

## DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE 2.516

Pursuant to Fla.R.Civ.P.2.516 (effective September 1, 2012), Jeffery S. Nooney, attorney for Plaintiff, designates the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

Primary email address:    JNooney@nrhnlaw.com

Secondary email addresses:    khowse@nrhnlaw.com
pleadings@nrhnlaw.com

THE LAW OFFICE OF NOONEY, ROBERTS, HEWETT & NOWICKI

*/s/ Jeffery S. Nooney*

**Jeffery S. Nooney, Esquire**
Florida Bar No. 1011565
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992
(904) 858-9943 facsimile
JNooney@nrhnlaw.com